1  Stephen C. Ruehmann (167533)
   *steve@ruehmannlawfirm.com*
2  Robin D. Shofner (272552)
   *robin@ruehmannlawfirm.com*
3  **RUEHMANN LAW FIRM, P.C.**
4  9580 Oak Avenue Parkway, Suite 15
   Folsom, CA 95630
5  Tel (916) 988-8001
6  Fax (916) 988-8002

7  Attorneys for Plaintiff
   NIKOS GLIMIDAKAS
8

9  **KEESAL, YOUNG, & LOGAN**
   Julie A. Kole, (203681)
10 *julie.kole@kyl.com*
   Helen D. Hsueh (264745)
11 *helen.hsueh@kyl.com*
12 A Professional Corporation
   450 Pacific Avenue
13 San Francisco, CA 94133
   Tel: (415) 398-6000
14 Fax: (415) 981-0136
15
   Attorneys for Defendants
16 JPMORGAN CHASE BANK, N.A. (erroneously sued herein as JP MORGAN CHASE BANK,
   N.A., as successor by merger to CHASE HOME FINANCE, L.L.C) and U.S. BANK, N.A.
17

18                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
19

20 | | |
   |---|---|
   | NIKOS GLIMIDAKAS ) | Case No.: C 13-02484-SC |
   | ) | |
   | Plaintiff, ) | **JOINT STIPULATION FOR STAY OF** |
   | VS. ) | **PROCEEDINGS; [~~PROPOSED~~] ORDER** |
   | ) | |
   | JPMORGAN CHASE BANK, N.A., as ) | |
   | successor by merger to CHASE HOME ) | ACTION FILED: May 1, 2013 |
   | FINANCE, L.L.C.; U.S. BANK, N.A.; and ) | |
   | DOES 1-100, inclusive, ) | |
   | ) | |
   | Defendants. ) | |
   | ) | |
   | ) | |
   | _____ ) | |

## JOINT STIPULATION

Plaintiff NIKOS GLIMIDAKAS ("Plaintiff"), and Defendants JPMORGAN CHASE BANK, N.A., (erroneously sued as JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance, L.L.C) and U.S. BANK, N.A. (collectively, "Defendants"), (collectively "Parties") by and through their counsel of record, hereby stipulate and request as follows:

1. Plaintiff filed his Complaint on May 1, 2013, in San Francisco County Superior Court, Case No. CGC-13-531068;

2. The underlying issue of this action is the potential foreclosure of the subject property located at 15 Duboce Avenue, San Francisco, California 94103;

3. On June 3, 2013, Defendants filed a Notice of Removal of Action with the United States District Court, Northern District of California (San Francisco Division) and the above-mentioned case was assigned Case No. 3:13-cv-02484-SC;

4. WHEREAS, Defendants timely filed a Motion to Dismiss Plaintiff's Complaint on June 10, 2013 in the above-entitled Court ("Motion to Dismiss");

5. WHEREAS, Plaintiff's response to Defendants' Motion to Dismiss must currently be filed on or before June 24, 2013;

6. WHEREAS, Defendants' reply to Plaintiffs' response to Defendants' Motion to Dismiss must currently be filed on or before July 1, 2013;

7. WHEREAS, the hearing on Defendants' Motion to Dismiss is currently set for July 26, 2013 at 10:00 a.m. in Courtroom 1, 17th Floor, before Hon. Samuel Conti;

8. WHEREAS, the Parties are currently engaged in settlement negotiations and continue to engage in settlement negotiations in good faith.

9. WHEREAS, among other things, Defendant is determining Plaintiff's suitability for a loan modification.

10. WHEREAS, to allow the Parties (and the Court) to conserve resources and to devote full attention to settlement, the Parties wish to stay all proceedings in this matter until October 16, 2013, to continue exploring an amicable resolution to this matter;

11. WHEREAS, the Parties agree that no Trustee Sale will be conducted during the stay;

12. WHEREAS, the Parties agree that this Stay can be lifted at anytime by either party upon seven (7) days written notice;

13. WHEREAS, if Plaintiff's application for a modification of the loan at issue is approved and Plaintiff accepts the terms of the modification, Plaintiff shall dismiss this action with prejudice, and each party shall bear its own costs, including attorneys' fees.

14. This stipulation will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

15. Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Plaintiff or Defendants may wish to assert in their pleadings, all of which are expressly reserved.

IT IS SO STIPULATED AND REQUESTED THAT THE COURT STAY ALL PROCEEDINGS IN THIS MATTER UNTIL OCTOBER 16, 2013.

Date: June 26, 2013    **RUEHMANN LAW FIRM, P.C.**

By: /s/ Stephen C. Ruehmann_____
Stephen C. Ruehmann, Esq.
Attorney for Plaintiff
NIKOS GLIMIDAKAS

Date: June 19, 2013    **KEESAL, YOUNG, & LOGAN**

By: /s/ Helen Hsueh_____
Julie A. Kole, Esq.
Helen D. Hsueh, Esq.
Keesal, Young & Logan
Attorneys for Defendants JPMORGAN CHASE BANK, N.A. (erroneously sued as JP MORGAN CHASE BANK, N.A., as successor by merger to CHASE HOME FINANCE, L.L.C.) and U.S. BANK, N.A

# [~~PROPOSED~~] ORDER

Having considered the Stipulation between Plaintiff NIKOS GLIMIDAKAS and Defendants JPMORGAN CHASE BANK, N.A. (erroneously sued as JP MORGAN CHASE BANK, N.A., as successor by merger to CHASE HOME FINANCE, L.L.C.) and U.S. BANK, N.A.:

**IT IS HEREBY ORDERED:**

1. The proceedings in this action shall be stayed until October 16, 2013.
2. The last day for Plaintiff to file and serve via overnight mail his response to Defendants' Motion to Dismiss is October 22, 2013.
3. The last day for Defendants to file and serve via overnight mail their reply to Plaintiffs' response to Defendants' Motion to Dismiss is October 29, 2013.
4. The hearing on Defendants' Motion to Dismiss is rescheduled to November 22, 2013.

Dated: 06/26/2013



_____
Judge
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA