Stephen C. Ruehmann (167533)
*steve@ruehmannlawfirm.com*
Robin D. Shofner (272552)
*robin@ruehmannlawfirm.com*
**RUEHMANN LAW FIRM, P.C.**
9580 Oak Avenue Parkway, Suite 15
Folsom, CA 95630
Tel (916) 988-8001
Fax (916) 988-8002

Attorneys for Plaintiff
NIKOS GLIMIDAKAS

**KEESAL, YOUNG, & LOGAN**
Julie A. Kole, (203681)
*julie.kole@kyl.com*
Helen D. Hsueh (264745)
*helen.hsueh@kyl.com*
A Professional Corporation
450 Pacific Avenue
San Francisco, CA 94133
Tel: (415) 398-6000
Fax: (415) 981-0136

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A. (erroneously sued herein as JP MORGAN CHASE BANK, N.A., as successor by merger to CHASE HOME FINANCE, L.L.C) and U.S. BANK, N.A.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NIKOS GLIMIDAKAS ) <br> ) <br>   Plaintiff, ) <br> VS. ) <br> ) <br> JPMORGAN CHASE BANK, N.A., as ) <br> successor by merger to CHASE HOME ) <br> FINANCE, L.L.C.; U.S. BANK, N.A.; and ) <br> DOES 1-100, inclusive, ) <br> ) <br>   Defendants. ) <br> ) | Case No.: C 13-02484-SC <br><br> **AMENDED JOINT STIPULATION FOR STAY OF PROCEEDINGS; [~~PROPOSED~~] ORDER** <br><br> ACTION FILED: May 1, 2013 |

## AMENDED JOINT STIPULATION

Plaintiff NIKOS GLIMIDAKAS ("Plaintiff"), and Defendants JPMORGAN CHASE BANK, N.A., ("Chase") (erroneously sued as JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance, L.L.C) and U.S. BANK, N.A. (collectively, "Defendants"), (collectively "Parties") by and through their counsel of record, hereby stipulate and request as follows:

1. Plaintiff filed his Complaint on May 1, 2013, in San Francisco County Superior Court, Case No. CGC-13-531068;

2. The underlying issue of this action is the potential foreclosure of the subject property located at 15 Duboce Avenue, San Francisco, California 94103;

3. On June 3, 2013, Defendants filed a Notice of Removal of Action with the United States District Court, Northern District of California (San Francisco Division) and the above-mentioned case was assigned Case No. 3:13-cv-02484-SC;

4. WHEREAS, Defendants timely filed a Motion to Dismiss Plaintiff's Complaint on June 10, 2013 in the above-entitled Court ("Motion to Dismiss");

5. WHEREAS, the Parties thereafter reached a tentative agreement regarding a stay of proceedings, extension for Plaintiff's response to Defendants' Motion to Dismiss, extension for Defendants' reply to Plaintiff's response, and the hearing on Defendants' Motion to Dismiss, and prepared a draft Stipulation setting forth this agreement (the "Prior Stipulation");

6. WHEREAS, Plaintiff filed a First Amended Complaint against Defendants on June 24, 2013;

7. WHEREAS, Plaintiff filed the Prior Stipulation on June 26, 2013;

8. WHEREAS, the Court issued an Order on June 26, 2013 based on the Prior Stipulation, staying the proceedings in this action until October 16, 2013 (the "Stay") and setting forth deadlines for Plaintiff's response to Defendants' Motion to Dismiss, Defendants' reply to Plaintiff's response, and the hearing on Defendants' Motion to Dismiss;

9. WHEREAS, the deadlines pertaining to Defendants' Motion to Dismiss as referenced in the Court's June 26, 2013 Order were rendered moot by Plaintiff's filing of the First Amended Complaint;

10. WHEREAS, this Stipulation is intended to supersede the Prior Stipulation filed on June 26, 2013 only to the extent the Prior Stipulation addressed the deadlines for filings related to and the hearing on Defendants' Motion to Dismiss

11. WHEREAS, the Parties jointly request that the Court vacate the deadlines and hearing date regarding Defendants' Motion to Dismiss as forth in the Court's June 26, 2013 Order;

12. WHEREAS, in the event that Plaintiff is not successful in obtaining a loan modification and the Stay currently in effect is lifted as a result thereof, the Parties agree that Defendants' deadline to file and serve a response to the First Amended Complaint shall be November 15, 2013 or thirty (30) days after the Stay is lifted;

13. This stipulation will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

14. Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Plaintiff or Defendants may wish to assert in their pleadings, all of which are expressly reserved.

15. Except as amended herein, the Prior Stipulation and June 26, 2013 Order shall remain in effect.

IT IS SO STIPULATED AND REQUESTED THAT THE DEADLINES AND HEARING DATE ASSOCIATED WITH DEFENDANTS' MOTION TO DISMISS AS SET FORTH IN THE COURT'S JUNE 26, 2013 ORDER BE VACATED, AND DEFENDANTS' DEADLINE TO FILE AND SERVE A RESPONSE TO THE FIRST AMENDED COMPLAINT (IF

///

NECESSARY) SHALL BE NOVEMBER 15, 2013 OR THIRTY DAYS AFTER THE STAY IS LIFTED.

Date: June 27, 2013                                       **RUEHMANN LAW FIRM, P.C.**

                                                                  By: /s/ Stephen C. Ruehmann
                                                                  Stephen C. Ruehmann, Esq.
                                                                  Attorney for Plaintiff
                                                                  NIKOS GLIMIDAKAS

Date: June 26, 2013                                       **KEESAL, YOUNG, & LOGAN**

                                                                  By: /s/ Helen D. Hsueh
                                                                  Julie A. Kole, Esq.
                                                                  Helen D. Hsueh, Esq.
                                                                  Keesal, Young & Logan
                                                                  Attorneys for Defendants JPMORGAN
                                                                  CHASE BANK, N.A. (erroneously sued as
                                                                  JP MORGAN CHASE BANK, N.A., as
                                                                  successor by merger to CHASE HOME
                                                                  FINANCE, L.L.C.) and U.S. BANK, N.A

## [~~PROPOSED~~] ORDER

Having considered the Amended Stipulation between Plaintiff NIKOS GLIMIDAKAS and Defendants JPMORGAN CHASE BANK, N.A. (erroneously sued as JP MORGAN CHASE BANK, N.A., as successor by merger to CHASE HOME FINANCE, L.L.C.) and U.S. BANK, N.A.:

**IT IS HEREBY ORDERED:**

1. This Order supersedes the Order entered on June 26, 2013 only to the extent it references deadlines concerning Defendants' Motion to Dismiss.

2. Plaintiff's deadline to respond to Defendants' Motion to Dismiss, Defendants' deadline to reply to Plaintiff's response, and the November 22, 2013 hearing on Defendants' Motion to Dismiss are hereby vacated.

3. In the event that Plaintiff is unsuccessful in obtaining a loan modification and the Stay currently in effect is lifted as a result thereof, the last day for Defendants to file and serve a response to Plaintiff's First Amended Complaint will be November 15, 2013 or thirty (30) days after the Stay is lifted.

Dated: 07/01/2013



Judge Samuel Conti
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA